IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 12-cv-00760-MSK-CBS

SHEPARD JOHNSON,

    Plaintiff,

v.

MARTHA THOMAS,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Motion to Dismiss (Motion) **(#24)** filed September 6, 2012. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and this action is hereby dismissed with prejudice. The Clerk is directed to close this case.

DATED this 7th day of September, 2012.

        **BY THE COURT:**

        */s/ Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge